IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MICHAEL ROSS,** | ) | CASE NO. 8:05CV313 |
| Plaintiff, | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| **DEFFENBAUGH INDUSTRIES, doing business as Deffenbaugh Disposal Service,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the Stipulation for Dismissal with Prejudice. (Filing No. 30). The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii). I conclude that the relief sought in the Stipulation should be granted.

IT IS ORDERED:

1) The Stipulation for Dismissal with Prejudice (Filing No. 30) is approved, and the relief sought therein is granted;

2) The Complaint is dismissed with prejudice; and

3) The parties shall pay their own costs and attorney fees unless otherwise agreed by and between them.

DATED this 24th day of April, 2006.

BY THE COURT

s/Laurie Smith Camp
United States District Judge